Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Kehinde Olatunji Adedeji

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Office of the State Auditor — DIANA DIZOGLIO

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Kehinde Olatunji Adedeji
Street Address 1074 Hyde Park Ave, #20
City and County Boston, Suffolk
State and Zip Code MA 02136
Telephone Number 857-615-3169
E-mail Address Kenadedeji2@yahoo.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name Rhonda Edwards

Job or Title *(if known)* HR Director

Street Address One Ashburton Pl, Room 1819

City and County Boston, Suffolk

State and Zip Code MA 02108

Telephone Number 257-331-5395

E-mail Address *(if known)* Rhonda.Edwards@massauditor.gov

Defendant No. 2

Name Lucas Mancuso

Job or Title *(if known)* Senior IT Auditor

Street Address One Ashburton Pl, Room 1819

City and County Boston, Suffolk

State and Zip Code MA 02108

Telephone Number 617-727-6200

E-mail Address *(if known)* Lucas.Mancuso@massauditor.gov

Defendant No. 3

Name Marie Tedesco

Job or Title *(if known)* HR Generalist

Street Address One Ashburton Pl, Room 1819

City and County Boston, Suffolk

State and Zip Code MA 02108

Telephone Number 617-727-6200

E-mail Address *(if known)* Marie.Tedesco@massauditor.gov

Defendant No. 4

Name Michael Leung-Tat

Job or Title *(if known)* General Counsel/Deputy Auditor

Street Address One Ashburton Pl, Room 1819

City and County Boston, Suffolk

State and Zip Code MA 02108

Telephone Number 617-727-6200

E-mail Address *(if known)* Michael.Leung-Tat@massauditor.gov

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual *Kehinde Ohtunji Adedyi*

        The plaintiff, *(name)* *Kehinde Ohtunji Adedyi* is a citizen of the State of *(name)* *Massachusetts*

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* *Office of the State Auditor – DIANA DIZOGLIO*, is incorporated under the laws of the State of *(name)* *Sovereign Status Exemption*
        and has its principal place of business in the State of *(name)*
        *One Ashburton Pl, Room 139 Boston MA 02108*

*N/A*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of
        the State of *(name)* _____ . Or is a citizen of
        *(foreign nation)* _____ .

*P.T.O*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

— State Agency

b.    If the defendant is a corporation

The defendant, *(name)* Office Of the State Auditor—DIANA, is incorporated under DIZOGLIO

the laws of the State of *(name)* Soverign Status Oxemption and has its

principal place of business in the State of *(name)* Boston, Massachusetts

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* One Ashburton Pl, Room 1819, Boston, MA 02108.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy $555,000 =

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

P/s See my Statement of claim.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Forced termination of my employment due to lies, slanders, defamation, descrimination and threats.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

— Immediate reinstatement of my employment —
— Payment of loss wages — say $55,000 =
— Compensation for forced resignation, lies, slander, defamation $500,000 =
descrimination etc    $555,000

Pro Se I (Rev. 09/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/24/2024

Signature of Plaintiff

Printed Name of Plaintiff          Kehinde Olatunji Adedeji

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address