# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Kehinde Olatunji Adedeji
   **Plaintiff**


     **v.**

                    **Civil Action No. 1:24-cv-12737-FDS**



Rhonda Edwards et al
   **Defendant**
_____


## ORDER OF DISMISSAL


**Saylor, D.J.**


In accordance with the Court's MEMORANDUM AND ORDER dated October 31, 2025 (Dkt. No. 37), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                    By the Court,



10/31/2025                  /s/ Melonie Cooke
Date                       Deputy Clerk